## The People ex rel. William S. Turck v. James K. Wright.

*Board of Supervisors: Accounts against townships.* Boards of Supervisors have no general power to establish claims in favor of the county against townships.

*Heard and decided October 26.*

Application for mandamus.

William S. Turck, treasurer of Gratiot County, presents an affidavit alleging an indebtedness to the county from the township of Pine River;—the appointment of committees on behalf of the county and the township to ascertain the amount of the indebtedness;—that the amount was ascertained and a statement of it delivered to the Supervisor of the township for assessment and collection;— that the Supervisor informed the deponent that he would place the amount on the assessment roll for collection; but that he had refused to do it;—and that the same had never been collected and paid. The deponent further stated that at the time when the amount of the indebtedness was ascertained it was $638 25, and that at the time of this application it was $697 42. On this state of facts the applicant asks that an alternative mandamus issue to James K. Wright, the Supervisor of Pine River to show cause why a peremptory mandamus should not issue "to compel him to spread the amount of said indebtedness upon the assessment roll of 1869."

Counter affidavits were filed by the respondent denying

the material allegations contained in the affidavit of the County Treasurer.

THE COURT denied. the motion on the ground, that the Boards of Supervisors have no general power to establish claims in favor of the county against the townships ; and there was nothing in the papers showing that this claim was within their jurisdiction.

*A. J. Utley,* for the motion.

*Hayes & Wright,* contra.